| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>WERLEIN, JR., EWING | 2. Court or Organization<br><br>USDC/SO. DIST. TEXAS | 3. Date of Report<br><br>06/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>515 RUSK AVENUE, ROOM 11521<br>HOUSTON, TX 77002-2605 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust No. 1 |
| 2. Director & Vice Chairperson | The Methodist Hospital, Houston, Texas |
| 3. Director | TMH Health Care Group |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN -6 A 11: 30 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Monthly dues exemption for members in government service. | The Petroleum Club, Houston | $ 1020.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Union Pacific com. | A | Dividend | | | Gift | 11/16 | J | | Gift to church |
| 2. | | | | | Gift | 11/20 | K | | Gift to church |
| 3. Halliburton com. | A | Dividend | K | T | | | | | |
| 4. Halliburton com. | A | Dividend | K | T | | | | | |
| 5. BP PLC, ADR | B | Dividend | L | T | | | | | |
| 6. Exxon Mobil com. | C | Dividend | M | T | | | | | |
| 7. Anadarko Petroleum Corp. com. | A | Dividend | K | T | | | | | |
| 8. Wal-Mart Stores com. | A | Dividend | K | T | | | | | |
| 9. Exxon-Mobil com. | A | Dividend | K | T | | | | | |
| 10. Intel Corp. com. | A | Dividend | J | T | | | | | |
| 11. Johnson & Johnson, com. | B | Dividend | L | T | | | | | |
| 12. Conoco Phillips, com. | B | Dividend | L | T | | | | | |
| 13. Texas Capital Bankshares, com. | | None | M | T | | | | | |
| 14. CNL Retirement Properties REIT | B | Dividend | | | Merger | 10/05 | K | D | |
| 15. CNL Hospitality Properties REIT | B | Dividend | K | R | | | | | See note in Part VIII |
| 16. HealthCare Prop. Investors, com. | A | Dividend | J | T | Merger | 10/05 | J | | |
| 17. MUTUAL FUNDS: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    Fidelity Spartan MM Fund | A | Dividend | K | T | | | | | |
| 19.    Merrill L. Sr. Fl. Rate Fund (now called Black Rock) | A | Dividend | J | T | | | | | |
| 20.    Dreyfus Basic Money Mkt Fd | B | Dividend | K | T | | | | | |
| 21.    Fidelity Low Price Stk. | F | Dividend | O | T | | | | | |
| 22.    Fidelity Contrafund | E | Dividend | N | T | | | | | |
| 23.    Fidelity Eq. Income II | D | Dividend | M | T | | | | | |
| 24.    Fidelity Mid-Cap Stock | E | Dividend | N | T | | | | | |
| 25.    Vanguard 500 Index Fund | C | Dividend | N | T | | | | | |
| 26.    Assetmark Large-Cap Value | C | Dividend | K | T | Part Sell | 01/17 | J | A | |
| 27. | | | | | Part Sell | 04/17 | J | A | |
| 28. | | | | | Part Sell | 07/17 | J | A | |
| 29. | | | | | Part Sell | 10/16 | J | A | |
| 30.    Assetmark Large-Cap Growth | A | Dividend | K | T | Part Sell | 01/17 | J | A | |
| 31. | | | | | Add'l Buy | 04/17 | J | | |
| 32. | | | | | Add'l Buy | 07/17 | J | | |
| 33. | | | | | Part Sell | 10/16 | J | A | |
| 34.    Assetmark Small/Mid-Cap Value | A | Dividend | J | T | Part Sell | 01/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Part Sell | 04/17 | J | A | |
| 36. | | | | | Part Sell | 07/17 | J | A | |
| 37. Assetmark Small/Mid-Cap Growth | A | Dividend | J | T | Part Sell | 01/17 | J | A | |
| 38. | | | | | Part Sell | 04/17 | J | A | |
| 39. | | | | | Add'l Buy | 07/17 | J | | |
| 40. | | | | | Part Sell | 10/16 | J | A | |
| 41. Assetmark International | D | Dividend | K | T | Part Sell | 01/17 | J | A | |
| 42. | | | | | Add'l Buy | 04/17 | J | | |
| 43. | | | | | Add'l Buy | 07/17 | J | | |
| 44. | | | | | Part Sell | 10/16 | J | A | |
| 45. Assetmark Real Estate Securities | A | Dividend | J | T | Part Sell | 01/17 | J | A | |
| 46. | | | | | Part Sell | 04/17 | J | A | |
| 47. | | | | | Part Sell | 07/17 | J | A | |
| 48. | | | | | Part Sell | 10/16 | J | A | |
| 49. Assetmark Tax-Exempt | B | Dividend | L | T | Add'l Buy | 01/17 | J | | |
| 50. | | | | | Part Sell | 04/17 | J | | |
| 51. | | | | | Part Sell | 07/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Add'l Buy | 10/16 | J | | |
| 53. ABN Amro/Veredus Aggr. Growth | | None | | | Add'l Buy | 01/17 | J | | |
| 54. | | | | | Sell | 04/17 | J | B | |
| 55. American Century Tax-Free Bond | B | Dividend | K | T | Add'l Buy | 01/17 | J | | |
| 56. | | | | | Add'l Buy | 04/17 | J | | |
| 57. Loomis Sayles Global Bond | | None | | | Sell | 01/19 | K | | |
| 58. Loomis Sayles Bond Fund Retail | A | Dividend | K | T | Add'l Buy | 01/17 | J | | |
| 59. | | | | | Part Sell | 04/17 | J | A | |
| 60. Selected American Shs. Cl. S | | None | | | Sell | 01/18 | K | C | |
| 61. TCW Galileo Select Equities | A | Dividend | K | T | Add'l Buy | 01/17 | J | | |
| 62. | | | | | Add'l Buy | 04/17 | J | | |
| 63. Thornburg Internat'l Value | A | Dividend | K | T | Part Sell | 04/17 | J | A | |
| 64. Federated Mun. Trust MM | A | Dividend | J | T | | | | | |
| 65. Credit Suisse Commod. Return | A | Dividend | J | T | Add'l Buy | 01/17 | J | | |
| 66. | | | | | Part Sell | 04/17 | J | A | |
| 67. Oakmark Fund | B | Dividend | K | T | Add'l Buy | 01/17 | J | | |
| 68. | | | | | Part Sell | 04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  TCW Galileo Opportunity Fd. | | None | | | Sell | 04/17 | J | B | |
| 70.  Federated Mun. Tr. MM | A | Dividend | J | T | | | | | |
| 71.  Clipper Fund | C | Dividend | K | T | Buy | 01/17 | K | | |
| 72. | | | | | Part Sell | 04/17 | J | | |
| 73. | | | | | Add'l Buy | 09/26 | J | | |
| 74. | | | | | Add'l Buy | 09/28 | J | | |
| 75.  Pimco Developing Local Mkts Fund | A | Dividend | J | T | Buy | 01/17 | J | | |
| 76. | | | | | Part Sell | 04/17 | J | A | |
| 77.  Laudus Rosenberg U.S. Discovery Fund | | None | | | Buy | 04/17 | K | | |
| 78. | | | | | Sell | 09/26 | K | | |
| 79.  Federated Max Cap Index Fund | A | Dividend | J | T | Buy | 09/26 | J | | |
| 80. | | | | | Add'l Buy | 09/28 | J | | |
| 81.  BONDS and U.S. TREASURY NOTES: | | | | | | | | | |
| 82.  Dallas, TX Ind. Sch. bonds | B | Interest | K | T | | | | | |
| 83.  Frisco, TX AMBAC bonds | B | Interest | K | T | | | | | |
| 84.  ACCOUNTS IN FINANCIAL INST: | | | | | | | | | |
| 85.  Merrill Lynch Savings Acct | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Northern Trust Bank, Houston, checking acct | A | Interest | L | T | | | | | |
| 87. Bank of America, Houston, TX (Accounts) | A | Interest | K | T | | | | | |
| 88. Nat'l City Bank, Cincinnati, CD | D | Interest | L | T | | | | | |
| 89. Trustmark Natl Bank, Houston, CD (f/k/a Republic Bank) | C | Interest | L | T | | | | | |
| 90. Amegy Bank, Houston, CD | D | Interest | L | T | | | | | |
| 91. Encore Bank, Houston, CD | C | Interest | L | T | | | | | |
| 92. Compass Bank, Houston, CD | C | Interest | L | T | | | | | |
| 93. Capital One Bank, Glen Allen, VA, CD | C | Interest | L | T | | | | | |
| 94. Intervest Bank, Clearwater, FL, CD | C | Interest | L | T | | | | | |
| 95. Key Bank USA CD | C | Interest | L | T | | | | | |
| 96. REAL ESTATE: | | | | | | | | | |
| 97. ▆▆▆▆Larimer Co., CO | E | Rent | N | W | | | | | |
| 98. Fractional interest in land, SA White Survey, Galv. Co., TX | | None | J | W | | | | | |
| 99. Working Interest-Cabot U., Anderson Co., TX (X) | D | Royalty | K | W | | | | | |
| 100. RETIREMENT & IRA ACCOUNTS: | | | | | | | | | |
| 101. IRA Acct: Marsico Inv. Fund | | None | L | T | | | | | |
| 102. IRA Acct: John Hancock Ind. Ret. Annuity | | None | L | V | | | | | See Note-Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA ROLLOVER ACCOUNT: All entries that follow from Lines 107 | F | Dividend | P1 | T | | | | | |
| 104. through 157 are under the discretionary management of | | Interest | | | | | | | |
| 105. a registered investment manager. I have made no | | | | | | | | | |
| 106. withdrawals from this IRA: | | | | | | | | | |
| 107. --Pfizer Inc., com. | | | | | | | | | |
| 108. --Altria Group, com. | | | | | | | | | |
| 109. --Schwab MM Funds | | | | | | | | | |
| 110. --Americredit Corp., com. | | | | | | | | | |
| 111. --Amern Pwr Conversion CP, com. | | | | | Sell | 06/08 | K | | |
| 112. --Comcast Corp. New Cl. A | | | | | Part Sell | 12/18 | K | D | |
| 113. --Consol. Energy, com. | | | | | | | | | |
| 114. --Wachovia Corp., com. f/k/a Golden West Finance | | | | | | | | | |
| 115. --Leucadia Natl Corp., com. | | | | | Part Sell | 08/10 | J | B | |
| 116. --Liberty Media Holding Interactive, com. f/k/a Liberty | | | | | | | | | See Note-Part VIII |
| 117. Media New Series A | | | | | | | | | |
| 118. --Liberty Media Holding Corp. A, com. f/k/a Liberty | | | | | | | | | See Note-Part VIII |
| 119. Media New Series A | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --MCG Capital, com. | | | | | Sell | 07/12 | K | | |
| 121. --Mercury Genl Corp., com. | | | | | | | | | |
| 122. --NVR Inc., com. | | | | | | | | | |
| 123. --Capital One Fin. Corp., com. f/k/a North Fork Bancorp | | | | | | | | | |
| 124. --Key Energy Serv., com. | | | | | | | | | |
| 125. --Knight Ridder Inc., com. | | | | | Part merger | 06/28 | K | | Merger into McClatchy, com |
| 126. | | | | | Sell | 06/28 | K | | |
| 127. --RLI Corp., com. | | | | | | | | | |
| 128. --Telephone & Data Sys., com. | | | | | Sell | 12/20 | L | D | |
| 129. --HomeBanc Corp., com. | | | | | | | | | |
| 130. --Quanta Cap. Holdings, com. | | | | | Sell | 08/18 | J | | |
| 131. --Amern Finl Realty Trust Reit. | | | | | | | | | |
| 132. --Amern Home Mortg. Invt. | | | | | | | | | |
| 133. --Ashford Hospitality TR Reit | | | | | | | | | |
| 134. --Friedman Billings GP New Reit Cl. A | | | | | | | | | |
| 135. --Saxon Capital, New Reit | | | | | Sell | 08/18 | K | | |
| 136. --Highland Hospitality Cp Reit | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  --Discovery Holding Ser. A | | | | | Sell | 08/10 | J | | |
| 138.  --MortgageIT Holdings, Inc. Reit | | | | | Sell | 08/16 | K | | |
| 139.  --Berkshire Hathaway CL B | | | | | | | | | |
| 140.  --Petrohawk Energy Corp., com. | | | | | | | | | |
| 141.  --ECC Capital Corp., com. | | | | | Part Sell | 08/24 | J | | |
| 142. | | | | | Sell | 08/28 | J | | |
| 143.  --Cintas Corp., com. | | | | | | | | | |
| 144.  --Timberland Co., Cl A | | | | | Add'l Buy | 08/22 | J | | |
| 145.  --Amer. Eagle Outfitters New, com. | | | | | Part Sell | 08/09 | K | D | |
| 146. | | | | | Part Sell | 10/10 | K | D | |
| 147.  --McClatchy Co., com. | | | | | Merger | 06/28 | K | | Merged from KnightRidder |
| 148. | | | | | Sell | 08/16 | K | | |
| 149.  --Accredited Home Lenders, com. | | | | | Buy | 02/24 | K | | |
| 150. | | | | | Add'l Buy | 08/29 | K | | |
| 151.  --Alesco Financial, com. | | | | | Buy | 12/06 | L | | |
| 152.  --Fieldstone Invest Cp., com. | | | | | Buy | 09/07 | K | | |
| 153.  --Gannett Co., com. | | | | | Buy | 08/21 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Home Depot, com. | | | | | Buy | 12/20 | L | | |
| 155. --Lee Enterprises, com. | | | | | Buy | 08/21 | K | | |
| 156. --Microsoft Corp., com. | | | | | Buy | 06/08 | K | | |
| 157. --Tyco Int'l Ltd., com. | | | | | Buy | 07/28 | L | | |
| 158. TRUST NO. 1: (I own no beneficial interest in and receive | F | Dividend | P1 | T | | | | | |
| 159. no income from this Trust or the entries that follow from | | Interest | | | | | | | |
| 160. lines 162 through 205, but it is reportable because I | | | | | | | | | |
| 161. am one of three co-trustees). | | | | | | | | | |
| 162. --COMMON STOCKS IN TRUST NO. 1: | | | | | | | | | |
| 163. --AT&T, com. | | | | | | | | | |
| 164. --Bristol-Myers Squibb, com. | | | | | | | | | |
| 165. --Burlington Northern Santa Fe, com. | | | | | | | | | |
| 166. --Conoco Phillips, com. (f/k/a Burlington Resources) | | | | | | | | | |
| 167. --Target Corp., com. | | | | | | | | | |
| 168. --Dean Foods Co, com. | | | | | | | | | |
| 169. --Goodyear, com. | | | | | | | | | |
| 170. --Intel Corp., com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --IBM, com. | | | | | | | | | |
| 172. --Johnson & Johnson, com. | | | | | | | | | |
| 173. --Lucent Tech., Inc., com. | | | | | Sell | 11/07 | J | | |
| 174. --J.P. Morgan Chase, com. | | | | | | | | | |
| 175. --Halliburton Co., com. | | | | | | | | | |
| 176. --Eastman Kodak Co., com. | | | | | Sell | 11/07 | J | | |
| 177. --Exxon Mobil, com. | | | | | | | | | |
| 178. --Avaya Inc., com. | | | | | | | | | |
| 179. --Cisco Systems, com. | | | | | | | | | |
| 180. --Sanmina SCI Corp., com. | | | | | Sell | 11/07 | J | | |
| 181. --Pepsico, Inc., com. | | | | | | | | | |
| 182. --Zimmer Holdings, Inc., com. | | | | | | | | | |
| 183. --Hewlett Packard, com. | | | | | | | | | |
| 184. --Comcast Corp. Class A | | | | | | | | | |
| 185. --Agere Systems, Inc., com. | | | | | | | | | |
| 186. --Treehouse Foods, com. | | | | | | | | | |
| 187. --MUTUAL FUNDS-TAX EXEMPT, IN | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| TRUST NO. 1: | | | | | | | | | |
| 188. --Nuveen Muni Mkt Oppor. Fund | | | | | | | | | |
| 189. --MORTGAGE & ASSET BACKED SECURITIES IN TRUST NO. 1: | | | | | | | | | |
| 190. --Ginnie Mae Series 2002-70 | | | | | | | | | |
| 191. --MUNICIPAL BONDS IN TRUST NO. 1: | | | | | | | | | |
| 192. --Halifax Hosp. Med. Ctr. Fla. | | | | | | | | | |
| 193. --Lower Colo. Riv. Auth. Tex. | | | | | | | | | |
| 194. --Montgomery Co. Pa. Hghr. Ed. | | | | | | | | | |
| 195. --Illinois Dev. Fin. Auth. | | | | | | | | | |
| 196. --Texas St. Dept. HSG & CMTY Affairs | | | | | | | | | |
| 197. --Florida HSG FIN Corp. Rev. | | | | | | | | | |
| 198. --Meriden Conn. G10 Bonds | | | | | | | | | |
| 199. --Mission TX Cons. Indpt. Sch. Dist. | | | | | | | | | |
| 200. --Austin ISD Tex. U/T Ref. Ser. A | | | | | Buy | 08/09 | L | | |
| 201. --CASH & CASH EQUIVALENTS IN TRUST NO. 1: | | | | | | | | | |
| 202. --Citibank NA Bank Dep. Program | | | | | | | | | |
| 203. --REAL ESTATE IN TRUST NO. 1: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. --Fract. interest in land, S.A. White Survey, Galv. Co., TX | | | | | | | | | |
| 205. --Vacant land in Kerr Co., TX | | | | | | | | | |
| 206. IRA ROLLOVER ACCT. NO. 2. All entries that follow from | G | Dividend | P1 | T | | | | | |
| 207. lines 210 thru 272 are under the full discretionary | | Interest | | | | | | | |
| 208. management of a registered investment manager. I made no | | | | | | | | | |
| 209. withdrawals from this IRA: | | | | | | | | | |
| 210. --Fed. Home Ln Mtg Corp Notes | | | | | | | | | |
| 211. --Federal Home Ln Mtg Corp Notes | | | | | | | | | |
| 212. --Federal Home Ln Mtge Crp Notes | | | | | Sell | 01/17 | L | A | |
| 213. --Federal Natl Mtg Assoc Sub Notes | | | | | | | | | |
| 214. --General Motors Accept CP Global Bonds | | | | | Sell | 01/17 | L | | |
| 215. --Chase Manhattan Corp. Subordinate Notes | | | | | | | | | |
| 216. --Goldman Sachs Group SR Unsub Notes Global | | | | | | | | | |
| 217. --Citigroup Inc. Senior Notes | | | | | | | | | |
| 218. --Target Corp. Notes | | | | | | | | | |
| 219. --American Express, com. | | | | | | | | | |
| 220. --BP PLC, ADR | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221.  --Citigroup, com. | | | | | | | | | |
| 222.  --ChevronTexaco, com. | | | | | | | | | |
| 223.  --KO, com. | | | | | | | | | |
| 224.  --Exxon Mobil, com. | | | | | | | | | |
| 225.  --Freddie Mac, com. | | | | | Sell | 07/20 | K | | |
| 226.  --GE, com. | | | | | | | | | |
| 227.  --INTC, com. | | | | | | | | | |
| 228.  --IBM, com. | | | | | Sell | 08/08 | K | | |
| 229.  --J.P. Morgan Chase, com. | | | | | | | | | |
| 230.  --JNJ, com. | | | | | | | | | |
| 231.  --LLY, com. | | | | | | | | | |
| 232.  --Marsh & McLennan, com. | | | | | Sell | 08/08 | K | | |
| 233.  --Merck, com. | | | | | | | | | |
| 234.  --PEP, com. | | | | | | | | | |
| 235.  --Pfizer, com. | | | | | | | | | |
| 236.  --UPS, com. | | | | | | | | | |
| 237.  --WMT, com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. --Walgreen, com. | | | | | | | | | |
| 239. --General Electric Cap. Corp. Notes | | | | | | | | | |
| 240. --American Intl. Group, com. | | | | | | | | | |
| 241. --McGraw-Hill, Inc., com. | | | | | | | | | |
| 242. --Microsoft Corp., com. | | | | | | | | | |
| 243. --Altria Group, com. | | | | | | | | | |
| 244. --Time Warner, com. | | | | | Sell | 08/08 | K | | |
| 245. --Bank of America, com. | | | | | | | | | |
| 246. --Fed. Farm Bank Callable Bonds | | | | | Redeemed | 11/17 | M | | |
| 247. --Fed Nat'l Mtg Ass'n Callable Notes | | | | | Redeemed | 11/24 | M | A | |
| 248. --Ameriprise Finl Inc., com. | | | | | | | | | |
| 249. --Automatic Data Proc., com. | | | | | | | | | |
| 250. --Emerson Elec. Co., com. | | | | | | | | | |
| 251. --HSBC Hldg PLC, com. | | | | | | | | | |
| 252. --Occidental Pete Corp. Cal., com. | | | | | | | | | |
| 253. --Fed Nat'l Mtg Assoc. Callable Notes | | | | | | | | | |
| 254. --Fed Home Loan Bank Bonds, due '07 | | | | | Buy | 01/24 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. --Fed. Nat'l Mtg Ass'n, callable Notes, due '08 | | | | | Buy | 01/25 | M | | |
| 256. --Fed. Home Loan Mtg callable Notes, due '11 | | | | | Buy | 11/21 | M | | |
| 257. --Fed. Home Loan Mtg. Discount Note, due '07 | | | | | Buy | 11/24 | M | | |
| 258. --Capital One Financial Co., com. | | | | | Buy | 07/20 | K | | |
| 259. --Caterpillar, Inc., com. | | | | | Buy | 07/20 | J | | |
| 260. --Halliburton Co., com. | | | | | Buy | 07/20 | J | | |
| 261. --Hilton Hotels Corp., com. | | | | | Buy | 07/20 | J | | |
| 262. --Home Depot, Inc., com. | | | | | Buy | 07/20 | K | | |
| 263. --Merrill Lynch & Co. Inc., com. | | | | | Buy | 08/08 | K | | |
| 264. --Praxair Inc., com. | | | | | Buy | 07/20 | K | | |
| 265. --Proctor & Gamble., com. | | | | | Buy | 08/08 | K | | |
| 266. --Target Corp., com. | | | | | Buy | 07/20 | K | | |
| 267. --Transocean, com. | | | | | Buy | 07/20 | J | | |
| 268. --United Technologies Corp., com. | | | | | Buy | 07/20 | K | | |
| 269. --United Health Group, com. | | | | | Buy | 08/08 | J | | |
| 270. CASH ACCOUNTS IN IRA ROLLOVER ACCT. #2: | | | | | | | | | |
| 271. --ML Bank & Trust RASP | | | | | Redeemed | 06/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272.  --ML Bank USA RASP | | | | | | | | | |
| 273.  Vanguard 500 Index Fund Rollover Shares | C | Dividend | | | Sell | 04/20 | P1 | F | |
| 274.  Vanguard Prime MM IRA Rollover | E | Dividend | P1 | T | Buy | 04/20 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Part VII, page 4, line 15: The year-end values of CNL Hospitality Properties REIT, which is a real estate investment that is not a publicly traded security, is reported at cost.

(2) Part VII, page 9, line 102: The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

(3) Part VII, page 10, lines 116-117 and 118-119: Liberty Media New Series A merged into two successor companies, Liberty Media Holding Interactive (line 116), and Liberty Media Holding Corp. A (line 118).

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/01/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████  Date _June 1, 2007_

NOTE: A████████████████████ TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS ████████████

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544